# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 14-20171
Conference Calendar

United States Court of Appeals
Fifth Circuit
**FILED**
February 24, 2015

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

MARTIN LUTHER WILLIAMS,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:13-CR-626-1

Before DAVIS, ELROD, and COSTA, Circuit Judges.

PER CURIAM:[*]

Appealing the judgment in a criminal case, Martin Luther Williams moves this court for summary disposition following his guilty plea conviction for possession of a firearm by a convicted felon in violation of 18 U.S.C. § 922(g) and 18 U.S.C. § 924(a)(2). Williams asserts that § 922(g)(1) is unconstitutional on its face and as applied in his case; however, he acknowledges that his arguments have been rejected by this court in *United States v. Daugherty*, 264

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 14-20171

F.3d 513, 518 (5th Cir. 2001).  Williams raises his arguments solely in order to preserve them for possible further review.  Given the foregoing, Williams's motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.